# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

December 14, 2020

**Via ECF**

Hon. Laura Taylor Swain, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   USA v. Stratford, et. al.
      Docket No. 13-Cr-271 (LTS)
      Defendant Wesley Frame

Dear Judge Swain:

I am writing to request an extension of time in which to file my request for compassionate release on behalf of Mr. Frame. I apologize for missing the previous deadline: due to the pandemic, I have only been in my office occasionally, and Mr. Frame just sent me the records necessary for the request. If the court is inclined to grant my request, I will file it by January 4, 2021. Again, I apologize for any inconvenience this has caused.

Very truly yours,

David K. Bertan

DKB
cc:   AUSA Christy Slavik (via e-mail)

The requested extension is granted.
DE# 1035 resolved.
SO ORDERED.
12/14/2020
/s/ Laura Taylor Swain, USDJ