# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

**(718) 742-1688**
**FAX (718) 585-8640**
**E-MAIL: DBERTAN@YAHOO.COM**

January 4, 2021

<u>**Via ECF**</u>

Hon. Laura Taylor Swain, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<u>MEMO ENDORSED</u>

Re:     USA v. Stratford, et. al.
         Docket No. 13-Cr-271 (LTS)
         Defendant Wesley Frame

Dear Judge Swain:

I am writing to request an additional extension of time in which to file my request for compassionate release on behalf of Mr. Frame. Mr. Frame has sent me part of his medical records: I am still waiting for the most recent medical records, along with the decision from the Bureau of Prisons on his initial application to the warden. If this is convenient to the Court, I would request January 25, 2021. Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc:     AUSA Christy Slavik (via e-mail)

The requested extension to January 25, 2021, is granted. DE#1044 resolved.
SO ORDERED.
1/4/2021
/s/ Laura Taylor Swain, USDJ