UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No. 13-CR-271-LTS

WESLEY FRAME,                                        ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received defense counsel's letter dated January 26, 2021 (Docket Entry No. 1059), requesting a third extension of time to submit a supplemental filing in support of Defendant Wesley Frame's motion for compassionate release (Docket Entry No. 1001), because defense counsel has "not yet received the balance of [Mr. Frame's] medical records."

        It is hereby ordered that the Government shall promptly secure and file a complete set of Mr. Frame's BOP medical records. The Government shall file the medical records under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed. The Government shall also email the medical records to defense counsel and to chambers via SwainNYSDCorresp@nysd.uscourts.gov.

        Defense counsel's deadline to submit supplemental papers in support of Mr. Frame's motion for compassionate release is extended <u>sine die</u> pending further order of the Court. Promptly upon receipt of Mr. Frame's BOP medical records, defense counsel shall file a renewed motion for an extension of time, with a proposed date certain to submit supplemental papers in support of Mr. Frame's motion.

Defense counsel shall promptly mail a copy of this Order to Mr. Frame.

This Order resolves Docket Entry No. 1059.

SO ORDERED.

Dated: New York, New York
       January 27, 2021

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge