# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

February 5, 2021

**Via ECF**

Hon. Laura Taylor Swain, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  USA v. Stratford, et. al.
Docket No.  13-Cr-271 (LTS)
Defendant Wesley Frame

Dear Judge Swain:

I have received from the Government the materials regarding Mr. Frame's medical and disciplinary records.  I have also received additional materials from Mr. Frame, and as of this past Wednesday, I am back in e-mail communication with him.  Accordingly, I am requesting permission to file my motion for compassionate release by February 26, 2021.  Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc:  AUSA Christy Slavik (via e-mail)

The requested extension of time is granted.  D# 1063 resolved.
SO ORDERED.
2/5/2021
/s/ Laura Taylor Swain, USDJ